UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

UMG RECORDINGS, INC.,

Plaintiff,

v.

C.C. Gong,

Movant.

Case No. 26-mc-80350-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Lisa J. Cisneros for consideration of whether the case is related to *UMG Recording, Inc. v. Menlo Ventures Management, L.P.*, 26-mc-80305-LJC.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge